FORM b9a_7cna (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)         Case Number **05–11593–EEB**

## UNITED STATES BANKRUPTCY COURT
District of Colorado

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/31/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Lee Romero<br>2303 S. Vaughn Way<br>#413<br>Aurora, CO 80014 | Elizabeth Joan Romero<br>fka Elizabeth Blair<br>2303 S. Vaughn Way<br>#413<br>Aurora, CO 80014 |
| Case Number:<br>05–11593–EEB | Social Security/Taxpayer ID Nos.:<br>xxx–xx–0590<br>xxx–xx–8952 |
| Attorney for Debtor(s) (name and address):<br>Thomas R. Kutz<br>P.O. Box 22403<br>Denver, CO 80222<br>Telephone number:  (303)830–1965 | Bankruptcy Trustee (name and address):<br>M. Stephen Peters<br>3760 Vance St.<br>Ste. 200<br>Wheat Ridge, CO 80033<br>Telephone number:  ( ) 303–422–8501 |

### Meeting of Creditors:
Date: **February 25, 2005**                        Time: **01:30 PM**
Location: **U.S. Custom House, 721 19th St., Room 125, Denver, CO 80202**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 4/26/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  303–844–4045 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Bradford L. Bolton |
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  1/31/05 |

**EXPLANATIONS**    FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Proof of Identity | **Important notice to individual debtors:** Effective January 1, 2002, all individual debotors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. failure to do so may result in your case being dismissed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

—– Refer to Other Side for Important Deadlines and Notices —–

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1           User: pager                  Page 1 of 2              Date Rcvd: Jan 31, 2005
Case: 05-11593                 Form ID: 769                 Total Served: 80

The following entities were served by first class mail on Feb 02, 2005.
db      +Anthony Lee Romero,    2303 S. Vaughn Way,    #413,    Aurora, CO 80014-2017
db      +Elizabeth Joan Romero,    2303 S. Vaughn Way,    #413,    Aurora, CO 80014-2017
aty     +Thomas R. Kutz,    P.O. Box 22403,    Denver, CO 80222-0403
tr       +M. Stephen Peters,    3760 Vance St.,    Ste. 200,    Wheat Ridge, CO 80033-6275
ust     +US Trustee,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
7684225  AT&T Long Distance,    Acc 051 107 6789 001,    P.O. Box 78225,    Phoenix, AZ  85062-8225
7684219 +Ace Cash Express,    RE: Bankruptcy,    1401 S. Sheridan,    Denver, CO 80214-2250
7684220 +Agency Of Credit Control,    RE: Bankruptcy,    2014 S. Pontiac Way,    Denver, CO 80224-2412
7684221 +Allergy Asthma & Immunology Clinic,    RE: Bankruptcy,    7180 E. Orchard Rd.,
          eNGLEWOOD, CO 80111-1724
7684222 +Alpine Credit,    RE: Bankruptcy,    2009 Wadsworth Blvd. #205,    Lakewood, CO 80214-5731
7684223 +AmCA,    RE: Bankruptcy,    600 17th St. - 850S, #800 North,    Denver, CO 80202-5402
7684224 +Asset Acceptance,    RE: Bankruptcy,    P.O. Box 2036,    Warren, MI 48090-2036
7684226  Attention LLC,    RE: Bankruptcy,    220 N A Sunset,    Sherman, TX  75092
7684227 +Aurora Radiology,    RE: Bankruptcy,    P.O. Box 27201,    Denver, CO 80227-0201
7684228 +Aurora Urology,    RE: Bankruptcy,    1411 S. Potomac #250,    Aurora, CO 80012-4542
7684229 +Avon Products,    RE: Bankruptcy,    2940 E. Foothill Blvd.,    Pasadena, CA 91121-0001
7684230 +Bone & Joint Center,    RE: Bankruptcy,    1400 S. Potomac #250,    Aurora, CO 80012-4541
7684231 +CAC Financial,    RE: Bankruptcy,    2601 NW Exprwy #1000 East,    Oklahoma City, OK 73112-7272
7684233  CCS,    Payment Processing Ctr.,    P.O. Box 55126,    Boston, MA  02205-5126
7684232  Carepoint ER Physicians,    RE: Bankruptcy,    P.O. Box 173862,    Denver, CO  80217-3862
7684234 +Centennial Credit Corp,    RE: Bankruptcy,    7901 Ralston Rd.,    Arvada, CO 80002-2480
7684235  Childrens Hospital,    RE: Bankruptcy,    P.O. Box 441188,    Aurora, CO  80044-1188
7684236 +Collection Service Bureau,    RE: Bankruptcy,    4335 N. Wells Fargo,    Scottsdale, AZ 85251-3407
7684237  Colorado Athletic Conditioning,    RE: Bankruptcy,    P.O. Box 173861,    Denver, CO  80217-3861
7684238 +Colorado Physical Surgery,    RE: Bankruptcy,    1673 S. Flanders Way,    Aurora, CO 80017-5509
7684239  Comcast Communications,    RE: Bankruptcy,    P.O. Box 173885,    Denver, CO 80217-3885
7684240  Cosmetique,    RE: Bankruptcy,    P.O. Box 94061,    Palatine, IL  60094-4061
7684241  Credit Managment Control,    RE: Bankruptcy,    P.O. Box 1408,    Racine, WI  53401-1408
7684243 +Deep Rock Water,    RE: Bankruptcy,    2640 California St.,    Denver, CO 80205-2932
7684244 +Dr. Howard Corren,    RE: Bankruptcy,    1421 S. Potomac #330,    Aurora, CO 80012-4512
7684245 +EAC Physicians,    P.O. Box 7070,    Colorado Spgs, CO 80933-7070
7684246 +EBI,    RE: Bankruptcy,    P.O. Box 346,    Parsippany, NJ 07054-0346
7684247 +Elite Revenue Inc.,    RE: Bankruptcy,    P.O. Box 209,    Broomfield, CO 80038-0209
7684248  Express Scrips,    RE: Bankruptcy,    P.O. Box 66582,    St. Louis, MO  63166-6582
7684249  Fingerhut,    RE: Bankruptcy,    P.O. Box 2900,    St. Cloud, MN  56395-2900
7684250 +Flatirons Practice Mgmt,    RE: Bankruptcy,    1898 S. Flatiron Ct. #220,    Boulder, CO 80301-2869
7684251  Goggins & Lavintman,    RE: Bankruptcy,    P.O. Box 21129,    Eagan, MN  55121-0129
7684252  Healthone,    RE: Bankruptcy,    Dept 24,    Denver, CO  80291-0024
7684254 +JD Byrider,    RE: Bankruptcy,    1300 W. Alameda,    Denver, CO 80223-2058
7684255  JM Assocaites,    RE: Bankruptcy,    6850 Brockton Ave. #103,    Riverside, CA  92506-3814
7684253 +James R. Bartlett,    RE: Bankruptcy,    12331 E. Cornell Ave. Unit 20,    Aurora, CO 80014-3323
7684256 +Lincare,    RE: Bankruptcy,    P.O. Box 3907,    Spokane, WA 99220-3907
7684257 +Martin J. Hecker,    RE: Bankruptcy,    4704 Harlan St. #670,    Lakeside, CO 80212-7421
7684258 +Medical Center Of Aurora,    RE: Bankruptcy,    P.O. Box 99008,    Bedford, TX 76095-9108
7684259 +Metro Denver Anesthesia,    RE: Bankruptcy,    1900 Grant St. #1000,    Denver, CO 80203-4310
7684260  Motorcycle Cruiser,    Billing Center,    P.O. Box 420235,    Palm Coast, FL  32142-0235
7684263  NCO Financial Systems,    RE: Bankruptcy,    P.O. Box 41417,    Philadelphia, PA  19101-1417
7684264 +NCO Financial Systems,    Acc Med Ctr. Aurora,    P.O. Box 41421, Dept 35,
          Philadelphia, PA 19101-1421
7684261  National Credit Adjusters,    RE: Ace Cash Express,    P.O. Box 3023,    Hutchinson, KS  67504-3023
7684262 +National Credit Audit,    RE: Bankruptcy,    8512 Allen Rd.,    Peoria, IL 61615-1527
7684265 +North Shore Agency,    RE: Bankruptcy,    751 Summa Ave.,    Westbury, NY 11590-5010
7684267  OSI Collection Services,    RE: Bankruptcy,    P.O. Box 6110,    Westerville, OH  43086-6110
7684266 +Orthopedic Surgery Assoc,    RE: Bankruptcy,    1900 Grant St. #1000,    Denver, CO 80203-4310
7684268 +Pediatric & Adolescent Med,    RE: Bankruptcy,    1421 S. Potomac,    Aurora, CO 80012-4535
7684269  Pedriatrix - Obstetrix,    RE: Bankruptcy,    P.O. Box 951357,    Dallas, TX  75395-1357
7684271 +Professional Afiliates,    RE: Bankruptcy,    P.O. Box 21529,    Denver, CO 80221-0529
7684272  Professional Finance Co.,    RE: Bankruptcy,    P.O. Box 1686,    Greeley, CO  80632-1686
7684273  Quest Diagnostics,    RE: Bankruptcy,    P.O. Box 78653,    Phoenix, AZ  85062-8653
7684274  Qwest,    RE: Bankruptcy,    Denver, CO  80244-0001
7684275 +RCO,    RE: Bankruptcy,    7171 Mercy Rd.,    Omaha, NE 68106-2620
7684279  RMS,    RE: Bankruptcy,    260 E. Wentworth Ave.,    W. St. Paul, MN  55118-3525
7684276  Regional EKG,    RE: Bankruptcy,    3464 S. Willow St. #175,    Denver, CO  80231-4531
7684278 +Risk Managment Alternatives,    RE: Bankruptcy,    P.O. Box 105153,    Atlanta, GA 30348-5153
7684277 +Risk Managment Alternatives,    RE: Bankruptcy/Transouth,    P.O. Box 105761,    Atlanta, GA 30348-5761
7684280  Rural Metro Of Ctrl Colo,    P.O. Box 8853,    Scottsdale, AZ  85252-8853
7684281 +Scholastic,    RE: Bankruptcy Acc 662283860-019,    2931 E. McCarty St.,
          Jefferson City, MO 65101-4431
7684282 +Shylo Kennels,    RE: Bankruptcy,    1625 S. Quail Run Rd.,    Watkins, CO 80137-8823
7684283  Southwest Credit Services,    RE: Bankruptcy,    P.O. Box 115151,    Carrollton, TX  75011-5151
7684284  Swedish Medical Ctr.,    RE: Bankruptcy,    P.O. Box 9908,    Bedford, TX  76905
7684285 +U S Attorney - Colorado,    RE: Student Loan,    1225 17th Street #700,    Denver, CO 80202-5598
7684286 +U S Department Of Education,    400 Maryland Ave. SW # 4181,    Federal Office Bldg 6,
          Washington, DC 20202-0001
7684287 +U S Dept. Of Education,    Student Loan Program,    50 United Nations Plaza,
          San Francisco, CA 94102-4912
7684290 +US Attorney - Student Loans,    Acc,    10th & Constitution NW,    Washington, DC 20530-0001
7684288  Unipath,    RE: Bankruptcy,    P.O. Box 24128,    Denver, CO  80224-0128
7684289 +United Resource Systems,    RE: Colorado Athletic Conditioning,    P.O. Box 260603,
          Lakewood, CO 80226-0603
7684291 +Vericheck,    RE: Bankruptcy,    4251 Kipling St. #310,    Wheat Ridge, CO 80033-2898
7684292  Wakefield & Assoc,    RE: Bankruptcy,    P.O. Box 441590,    Aurora, CO  80044-1590
```

```
District/off: 1082-1          User: pager              Page 2 of 2              Date Rcvd: Jan 31, 2005
Case: 05-11593                Form ID: 769             Total Served: 80

7684293    +Xelco Collections,   RE: Bankruptcy,   3650 S. Yosemite #2,   Denver, CO 80237-1800
The following entities were served by electronic transmission on Jan 31, 2005 and receipt of the transmission
was confirmed on:
7684242    +EDI: CREDPROT.COM Jan 31 2005 23:19:00     Credit Protection Ass,   RE: Bankruptcy,   13355 Noel Rd.,
            Dallas, TX 75240-6602
7684249     EDI: TSYS2.COM Jan 31 2005 23:19:00       Fingerhut,   RE: Bankruptcy,   P.O. Box 2900,
            St. Cloud, MN  56395-2900
7684270     EDI: PHINPLAZA.COM Jan 31 2005 23:19:00   Plaza Associates,   RE: Bankruptcy,   P.O. Box 18008,
            Hauppauge, NY  11788-8808
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 02, 2005**                    **Signature:**   *Joseph Speetjens*