Form B18_7 (Official Form 18)(9/97)

# United States Bankruptcy Court

### District of Colorado
Case No. **05–11593–EEB**
**Chapter 7**

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Lee Romero<br>aka(s), if any will be listed on the last page.<br>2303 S. Vaughn Way<br>#413<br>Aurora, CO 80014 | Elizabeth Joan Romero<br>aka(s), if any will be listed on the last page.<br>2303 S. Vaughn Way<br>#413<br>Aurora, CO 80014 |

Social Security No.:
  xxx–xx–0590                                              xxx–xx–8952

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR(s)

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** : The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

*BY THE COURT*

*Dated:*  5/4/05                                                        Elizabeth E. Brown
                                                                                       United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

## Aliases Page

**Debtor aka(s):**

No Aliases for Debtor

**Joint Debtor aka(s):**

fka Elizabeth Blair

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1          User: admin              Page 1 of 2            Date Rcvd: May 04, 2005
Case: 05-11593                Form ID: 177             Total Served: 79

The following entities were served by first class mail on May 06, 2005.
db         +Anthony Lee Romero,    2303 S. Vaughn Way,    #413,    Aurora, CO 80014-2017
db         +Elizabeth Joan Romero,    2303 S. Vaughn Way,    #413,    Aurora, CO 80014-2017
aty        +Thomas R. Kutz,    P.O. Box 22403,    Denver, CO 80222-0403
tr          +M. Stephen Peters,    3760 Vance St.,    Ste. 200,    Wheat Ridge, CO 80033-6275
7684225     AT&T Long Distance,    Acc 051 107 6789 001,    P.O. Box 78225,    Phoenix, AZ  85062-8225
7684219    +Ace Cash Express,    RE: Bankruptcy,    1401 S. Sheridan,    Denver, CO 80214-2250
7684220    +Agency Of Credit Control,    RE: Bankruptcy,    2014 S. Pontiac Way,    Denver, CO 80224-2412
7684221    +Allergy Asthma & Immunology Clinic,    RE: Bankruptcy,    7180 E. Orchard Rd.,
             eNGLEWOOD, CO 80111-1724
7684222    +Alpine Credit,    RE: Bankruptcy,    2009 Wadsworth Blvd. #205,    Lakewood, CO 80214-5731
7684223    +AmCA,    RE: Bankruptcy,    600 17th St. - 850S, #800 North,    Denver, CO 80202-5402
7684224    +Asset Acceptance,    RE: Bankruptcy,    P.O. Box 2036,    Warren, MI 48090-2036
7684226     Attention LLC,    RE: Bankruptcy,    220 N A Sunset,    Sherman, TX  75092
7684227    +Aurora Radiology,    RE: Bankruptcy,    P.O. Box 27201,    Denver, CO 80227-0201
7684228    +Aurora Urology,    RE: Bankruptcy,    1411 S. Potomac #250,    Aurora, CO 80012-4542
7684229    +Avon Products,    RE: Bankruptcy,    2940 E. Foothill Blvd.,    Pasadena, CA 91121-0001
7684230    +Bone & Joint Center,    RE: Bankruptcy,    1400 S. Potomac #250,    Aurora, CO 80012-4541
7684231    +CAC Financial,    RE: Bankruptcy,    2601 NW Exprwy #1000 East,    Oklahoma City, OK 73112-7272
7684233     CCS,    Payment Processing Ctr.,    P.O. Box 55126,    Boston, MA  02205-5126
7684232     Carepoint ER Physicians,    RE: Bankruptcy,    P.O. Box 173862,    Denver, CO  80217-3862
7684234    +Centennial Credit Corp,    RE: Bankruptcy,    7901 Ralston Rd.,    Arvada, CO 80002-2480
7684235     Childrens Hospital,    RE: Bankruptcy,    P.O. Box 441188,    Aurora, CO  80044-1188
7684236    +Collection Service Bureau,    RE: Bankruptcy,    4335 N. Wells Fargo,    Scottsdale, AZ 85251-3407
7684237     Colorado Athletic Conditioning,    RE: Bankruptcy,    P.O. Box 173861,    Denver, CO  80217-3861
7684238    +Colorado Physical Surgery,    RE: Bankruptcy,    1673 S. Flanders Way,    Aurora, CO 80017-5509
7684239     Comcast Communications,    RE: Bankruptcy,    P.O. Box 173885,    Denver, CO  80217-3885
7684240     Cosmetique,    RE: Bankruptcy,    P.O. Box 94061,    Palatine, IL  60094-4061
7684241     Credit Managment Control,    RE: Bankruptcy,    P.O. Box 1408,    Racine, WI  53401-1408
7684243    +Deep Rock Water,    RE: Bankruptcy,    2640 California St.,    Denver, CO 80205-2932
7684244    +Dr. Howard Corren,    RE: Bankruptcy,    1421 S. Potomac #330,    Aurora, CO 80012-4512
7684245    +EAC Physicians,    P.O. Box 7070,    Colorado Spgs, CO 80933-7070
7684246    +EBI,    RE: Bankruptcy,    P.O. Box 346,    Parsippany, NJ 07054-0346
7684247    +Elite Revenue Inc.,    RE: Bankruptcy,    P.O. Box 209,    Broomfield, CO 80038-0209
7684248     Express Scrips,    RE: Bankruptcy,    P.O. Box 66582,    St. Louis, MO  63166-6582
7684249    +Fingerhut,    RE: Bankruptcy,    P.O. Box 2900,    St. Cloud, MN 56395-0001
7684250    +Flatirons Practice Mgmt,    RE: Bankruptcy,    1898 S. Flatiron Ct. #220,    Boulder, CO 80301-2869
7684251     Goggins & Lavintman,    RE: Bankruptcy,    P.O. Box 21129,    Eagan, MN  55121-0129
7684252     Healthone,    RE: Bankruptcy,    Dept 24,    Denver, CO  80291-0024
7684254    +JD Byrider,    RE: Bankruptcy,    1300 W. Alameda,    Denver, CO 80223-2058
7684255     JM Assocaites,    RE: Bankruptcy,    6850 Brockton Ave. #103,    Riverside, CA  92506-3814
7684253    +James R. Bartlett,    RE: Bankruptcy,    12331 E. Cornell Ave. Unit 20,    Aurora, CO 80014-3323
7684256    +Lincare,    RE: Bankruptcy,    P.O. Box 3907,    Spokane, WA 99220-3907
7684257    +Martin J. Hecker,    RE: Bankruptcy,    4704 Harlan St. #670,    Lakeside, CO 80212-7421
7684258    +Medical Center Of Aurora,    RE: Bankruptcy,    P.O. Box 99008,    Bedford, TX 76095-9108
7684259    +Metro Denver Anesthesia,    RE: Bankruptcy,    1900 Grant St. #1000,    Denver, CO 80203-4310
7684260     Motorcycle Cruiser,    Billing Center,    P.O. Box 420235,    Palm Coast, FL  32142-0235
7684263     NCO Financial Systems,    RE: Bankruptcy,    P.O. Box 41417,    Philadelphia, PA  19101-1417
7684264    +NCO Financial Systems,    Acc  Med Ctr. Aurora,    P.O. Box 41421, Dept 35,
             Philadelphia, PA 19101-1421
7684261     National Credit Adjusters,    RE: Ace Cash Express,    P.O. Box 3023,    Hutchinson, KS  67504-3023
7684262    +National Credit Audit,    RE: Bankruptcy,    8512 Allen Rd.,    Peoria, IL 61615-1527
7684265    +North Shore Agency,    RE: Bankruptcy,    751 Summa Ave.,    Westbury, NY 11590-5010
7684267     OSI Collection Services,    RE: Bankruptcy,    P.O. Box 6110,    Westerville, OH  43086-6110
7684266    +Orthopedic Surgery Assoc,    RE: Bankruptcy,    1900 Grant St. #1000,    Denver, CO 80203-4310
7684268    +Pediatric & Adolescent Med,    RE: Bankruptcy,    1421 S. Potomac,    Aurora, CO 80012-4535
7684269     Pedriatrix - Obstetrix,    RE: Bankruptcy,    P.O. Box 951357,    Dallas, TX  75395-1357
7684271    +Professional Afiliates,    RE: Bankruptcy,    P.O. Box 21529,    Denver, CO 80221-0529
7684272     Professional Finance Co.,    RE: Bankruptcy,    P.O. Box 1686,    Greeley, CO  80632-1686
7684273     Quest Diagnostics,    RE: Bankruptcy,    P.O. Box 78653,    Phoenix, AZ  85062-8653
7684274     Qwest,    RE: Bankruptcy,    Denver, CO  80244-0001
7684275    +RCO,    RE: Bankruptcy,    7171 Mercy Rd.,    Omaha, NE 68106-2620
7684279     RMS,    RE: Bankruptcy,    260 E. Wentworth Ave.,    W. St. Paul, MN  55118-3525
7684276     Regional EKG,    RE: Bankruptcy,    3464 S. Willow St. #175,    Denver, CO  80231-4531
7684278    +Risk Managment Alternatives,    RE: Bankruptcy,    P.O. Box 105153,    Atlanta, GA 30348-5153
7684277    +Risk Managment Alternatives,    RE: Bankruptcy/Transouth,    P.O. Box 105761,    Atlanta, GA 30348-5761
7684280     Rural Metro Of Ctrl Colo,    P.O. Box 8853,    Scottsdale, AZ  85252-8853
7684281    +Scholastic,    RE: Bankruptcy Acc 662283860-019,    2931 E. McCarty St.,
             Jefferson City, MO 65101-4431
7684282    +Shylo Kennels,    RE: Bankruptcy,    1625 S. Quail Run Rd.,    Watkins, CO 80137-8823
7684283     Southwest Credit Services,    RE: Bankruptcy,    P.O. Box 115151,    Carrollton, TX  75011-5151
7684284     Swedish Medical Ctr.,    RE: Bankruptcy,    P.O. Box 9908,    Bedford, TX  76905
7684285    +U S Attorney - Colorado,    RE: Student Loan,    1225 17th Street #700,    Denver, CO 80202-5598
7684286    +U S Department Of Education,    400 Maryland Ave. SW # 4181,    Federal Office Bldg 6,
             Washington, DC 20202-0001
7684287    +U S Dept. Of Education,    Student Loan Program,    50 United Nations Plaza,
             San Francisco, CA 94102-4912
7684290    +US Attorney - Student Loans,    Acc,    10th & Constitution NW,    Washington, DC 20530-0001
7684288     Unipath, PC,    P.O. Box 30309,    Charleston, S.C. 29417-0309,    Denver, CO  80224-0128
7684289    +United Resource Systems,    RE: Colorado Athletic Conditioning,    P.O. Box 260603,
             Lakewood, CO 80226-0603
7684291    +Vericheck,    RE: Bankruptcy,    4251 Kipling St. #310,    Wheat Ridge, CO 80033-2898
7684292     Wakefield & Assoc,    RE: Bankruptcy,    P.O. Box 441590,    Aurora, CO  80044-1590
7684293    +Xelco Collections,    RE: Bankruptcy,    3650 S. Yosemite #2,    Denver, CO 80237-1800
```

```
District/off: 1082-1          User: admin              Page 2 of 2              Date Rcvd: May 04, 2005
Case: 05-11593                Form ID: 177             Total Served: 79

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on May 05, 2005 and receipt of the transmission
was confirmed on:
7684242    +EDI: CREDPROT.COM May 05 2005 04:48:00     Credit Protection Ass,   RE: Bankruptcy,   13355 Noel Rd.,
              Dallas, TX 75240-6602
7684249    +EDI: TSYS2.COM May 05 2005 04:48:00        Fingerhut,   RE: Bankruptcy,   P.O. Box 2900,
              St. Cloud, MN 56395-0001
7684270     EDI: PHINPLAZA.COM May 05 2005 04:48:00    Plaza Associates,   RE: Bankruptcy,   P.O. Box 18008,
              Hauppauge, NY 11788-8808
                                                                                                 TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2005**                        **Signature:**        _Joseph Speetjens_