UNITED STATES BANKRUPTCY COURT
District of Colorado

In re:  Anthony Lee Romero and Elizabeth Joan Romero
       Debtor(s)

Case No.:  05-11593-EEB
Chapter:    7

## ORDER ACCEPTING TRUSTEE'S REPORT AND CLOSING CASE

It appearing to the Court that the Trustee has filed a report certifying that the estate in the above-captioned case has been fully administered and that no objections to the report have been filed within 30 days thereafter, it is

    ORDERED:

1.  that pursuant to Rule 5009, Fed.R.Bank.P., there is a presumption that the estate has been fully administered;

2.  that the trustee be and hereby is discharged;

3.  that all nonexempt property listed by the Debtor and not administered by the trustee is hereby deemed abandoned pursuant to 11 U.S.C. 554(c); and

4.  the case shall and it hereby is closed pursuant to 11 U.S.C. 350(a).

IT IS FURTHER ORDERED that pursuant to L.B.R. 202(f), all pending uncontested motions requiring notice and a hearing for which no certificate has been tendered in accordance with L.B.R. 202(d) or (e) are deemed abandoned for want of prosecution and denied without prejudice.

IT IS FURTHER ORDERED that pursuant to L.B.R. 401(a)(4), all pending uncontested motions seeking relief from the automatic stay for which no certificate seeking entry of an order has been tendered are hereby deemed moot.

Dated: 5/11/05

Bradford L. Bolton
Clerk, U.S. Bankruptcy Court